**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEAN DENNIS, et. al.,<br>*Plaintiffs*,<br>v.<br>WALLINGFORD SWARTHMORE SCHOOL DISTRICT,<br>*Defendant*. | CIVIL ACTION<br>NO. 26-1834 |

**ORDER**

**AND NOW**, this 13th day of October, 2026, upon consideration of Defendant's Motion to Dismiss Counts II and III (Dkt. No. 14) and Plaintiffs' Response in Opposition (Dkt. No. 15), it is hereby **ORDERED** that the Motion is **GRANTED** with respect to Count II and **DENIED as moot** with respect to Count III.

Plaintiffs may file a Second Amended Complaint on or before **Friday, October 30, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.